CAROLINE C. McCREARY, STATE BAR NO. 176563
Attorney at Law
7081 N. Marks Avenue, Ste. 104 PMB 302
Fresno, California 93711
Telephone: (559) 696-4529
ccmccreary@yahoo.com

Attorney for Defendant Terrence Trent Batiste

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>      vs.<br><br>TERRENCE TRENT BATISTE,<br><br>             Defendant. | ) Case No.: 1:16-CR-00126-LJO<br>)<br>) **STIPULATION FOR A PRE-PLEA REPORT;**<br>) **AND ORDER**<br>)<br>)<br>) Honorable Lawrence J. O'Neill<br>)<br>) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through the respective attorneys of record, the matter is referred to the probation office for a pre-plea report so the parties and the defendant have an accurate understanding of the applicable criminal history as well as the guideline application thereto. Said pre-plea report is requested by counsel for Defendant, TERRANCE TRENT BATISTE, as well as the United States Attorney, to enlist probation's assistance in deciphering Mr. Batiste's criminal record out of Texas, for making accurate criminal history calculations, in an effort to resolve the case.

///

///

DATED: January 11, 2017     Respectfully Submitted,

                /s/
            CAROLINE C. McCREARY
            Attorney for Defendant

DATED: January 11, 2017     **UNITED STATES ATTORNEYS OFFICE**

                /s/
           VICENZA RABENN
           Attorney for United States

-----------------------------------------------

# ORDER
-----

*IT IS SO ORDERED*. The matter is refereed to probation for a pre-plea presentence report and recommendation for purposes of pre-plea negotiations.

IT IS SO ORDERED.

Dated:   **January 11, 2017**         **/s/ Lawrence J. O'Neill**
                                                UNITED STATES CHIEF DISTRICT JUDGE